JACK W. LONDEN (CA SBN 85776)
JLonden@mofo.com
JIANING LIU (CA SBN 305568)
JennyLiu@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

COLETTE REINER MAYER (CA SBN 263630)
CRMayer@mofo.com
STEPHEN LIU (CA SBN 318533)
SLiu@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants
NIKON AMERICAS INC. and NIKON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> NIKON AMERICAS INC. AND NIKON INC., <br><br> Defendants. | Case No. 4:17-CV-05936-YGR <br><br> **DEFENDANT NIKON'S NOTICE OF JOINDER TO DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT REGARDING SUBJECT MATTER INELIGIBILITY** <br><br> Hon. Yvonne Gonzalez Rogers |

Nikon Americas Inc. and Nikon Inc. (collectively, "Nikon") hereby notify the Court that Nikon joins Defendants' Notice of Motion and Motion for Summary Judgment Regarding Subject Matter Ineligibility ("Defendants' Omnibus MSJ"), filed in the related matter *Cellspin Soft, Inc. v. Fossil Group, Inc. et al.*, Case No. 17-cv-05933-YGR (N.D. Cal.) on October 6, 2020 as ECF No. 193.

Pursuant to the Court's Scheduling Order in this case (ECF No. 110) and in the related cases, Defendants Fossil Group, Inc., Misfit Inc., Nike, Inc., Nikon Americas, Inc., Nikon Inc., Garmin International, Inc., Garmin USA Inc., Adidas America Inc., Under Armor, Inc., Fitbit Inc., and Moov Inc. (collectively, "Defendants") have filed the above-reference "single, omnibus motion for summary judgement that the asserted claims of the patents-in-suit fail to satisfy the second step of Alice and 35 U.S.C. § 101." Nikon agrees with and incorporates by reference the arguments set forth in Defendants' Omnibus MSJ.

Dated: October 6, 2020

JACK W. LONDON
COLETTE REINER MAYER
JIANING LIU
STEPHEN LIU
MORRISON & FOERSTER LLP

By: /s/ *Colette Reiner Mayer*
  COLETTE REINER MAYER

  Attorneys for Defendants
  NIKON AMERICAS INC. and
  NIKON INC.

DEFENDANT NIKON'S NOTICE OF JOINDER TO DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT REGARDING SUBJECT MATTER INELIGIBILITY
Case No. 4:17-CV-05936-YGR
sf-4351966

1