UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CELLSPIN SOFT, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**FITBIT, INC.,**<br>**NIKE, INC.,**<br>**UNDER ARMOUR, INC.,**<br>**FOSSIL GROUP, ET AL.,**<br>**GARMIN INTERN., INC., ET AL.,**<br>**NIKON AMERICAS, INC., ET AL.,**<br><br>Defendants. | Case No. 17-cv-05928-YGR<br><br>**SCHEDULING ORDER**<br><br>CASE NO. 4:17-CV-05928-YGR<br>CASE NO. 4:17-CV-05931-YGR<br>CASE NO. 4:17-CV-05932-YGR<br>CASE NO. 4:17-CV-05933-YGR<br>CASE NO. 4:17-CV-05934-YGR<br>CASE NO. 4:17-CV-05936-YGR |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

On November 18, 2021, the Court conducted a case management conference with the parties. Accordingly, the Court hereby sets a further case management conference on December 16, 2021 at 9:00 a.m. to check in on the availability of Plaintiff's expert witness. Further, the Court continues all deadlines set out in its November 5, 2021 Scheduling Pretrial Order (Dkt. No. 260) by 35 days.

**IT IS SO ORDERED.**

Dated: November 18, 2021

_____
YVONNE GONZALEZ ROGERS
United States District Judge